NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRISHA R. KANADAY, GILBERT A. OLMOS, <br><br> Plaintiffs, <br> vs. <br><br> SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO.: 3:09-cv-5153 <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel, hereby agree and stipulate to the voluntary dismissal with prejudice of the individual actions of TRISHA R. KANADAY and GILBERT A. OLMOS.

//

- 1 -
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

Dated: February 29, 2012

HERSH & HERSH
A Professional Corporation

By: /s/ Mark E. Burton, Jr.
MARK E. BURTON, JR.
Attorneys for Plaintiffs

Dated: 4/12/12

WINSTON & STRAWN LLP

By: /s/ Joan B. Tucker Fife
JOAN B. TUCKER FIFE
Attorneys for Defendants

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 4/17/12

By: /s/ Susan Illston
HONORABLE SUSAN ILLSTON
United States District Court Judge

- 2 -
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER